

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00284-CV

**TERRACON CONSULTANTS, INC.**,
Appellant

v.

**ROMA INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-14-289
Honorable Jose Luis Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED December 28, 2016.

_____
Rebeca C. Martinez, Justice